# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-1200

_____

United States of America

*Plaintiff - Appellee*

v.

Rodney D. Brown, also known as Rod

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: August 30, 2017
Filed: September 1, 2017
[Unpublished]

_____

Before LOKEN, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Federal inmate Rodney Brown appeals the district court's[1] dismissal of his pro se motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). Upon careful

---

[1]The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas.

de novo review, see United States v. Long, 757 F.3d 762, 763 (8th Cir. 2014) (standard of review), we conclude that dismissal was proper because Brown was sentenced based on a binding plea agreement that included a base offense level and drug quantity, but did not include a criminal history level or Guidelines range, and thus was not expressly based on a Guidelines range that was subsequently lowered by the Sentencing Commission, see Freeman v. United States, 131 S. Ct. 2685, 2695-700 (2011) (Sotomayor, J., concurring); Long, 757 F.3d at 764.

Accordingly, we affirm. See 8th Cir. R. 47B.

_____